In the Matter of the Claim of MICHAEL KREVAC, Respondent, against 310 EAST 55TH STREET, INC., and LONDON AND LANCASHIRE INDEMNITY CO. OF AMERICA, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Acting under and pursuant to the provisions of section 123 of the Workmen's Compensation Law, the State Industrial Board in the interest of justice properly reopened the case, set aside a previous decision disallowing the claim and made the award appealed from. The evidence amply supported the award and the State Industrial Board had jurisdiction to do so. (Matter of Ingberg v. Zimmerman, 261 N. Y. 551.)

Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.